Jonathan A. Stieglitz, Esq.
(SBN 278028)
**THE LAW OFFICES OF
JONATHAN A. STIEGLITZ**
11845 W. Olympic Blvd., Ste. 800
Los Angeles, California 90064
Tel: (323) 979-2063
Fax: (323) 488-6748
Email: jonathan.a.stieglitz@gmail.com

Max S. Morgan, Esq.
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com

Chris R. Miltenberger (TX Bar # 14171200)
chris@crmlawpractice.com
**LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC**
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
Phone: (817) 416-5060
Fax: (817) 416-5062

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHERYLL CLEWETT**, *on behalf of herself and others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. d/b/a ONE MEDICAL SENIORS**<br><br>*Defendant.* | Case No.: 3:23-cv-04419-JSC<br><br>**PLAINTIFF'S NOTICE OF RESOLUTION** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Cheryll Clewett, by and through her counsel, respectfully submits her Notice of Resolution, and in support thereof states the

P a g e | 1

following:

1. Plaintiff asserts that:

    a. the parties have resolved the case; and

    b. the parties are in the process of drafting and executing a settlement agreement.

2. Plaintiff requests that the Court abate all deadlines in the case and retain jurisdiction for forty-five (45) days.


Dated: May 31, 2024                     *s/ Chris R. Miltenberger*
                                        Chris R. Miltenberger, Esq.
                                        Law Office of Chris R. Miltenberger, PLLC
                                        1360 N. White Chapel Blvd., Suite 200
                                        Southlake, Texas 76092
                                        Tel: (817) 416-5060
                                        Fax: (817) 416-5062
                                        chris@crmlawpractice.com


                                        Jonathan A. Stieglitz, Esq.
                                        (SBN 278028)
                                        **THE LAW OFFICES OF**
                                        **JONATHAN A. STIEGLITZ**
                                        11845 W. Olympic Blvd., Ste. 800
                                        Los Angeles, California 90064
                                        Tel: (323) 979-2063
                                        Fax: (323) 488-6748
                                        Email: jonathan.a.stieglitz@gmail.com

                                        Max S. Morgan, Esquire
                                        THE WEITZ FIRM, LLC
                                        1515 Market Street, #1100
                                        Philadelphia, PA 19102
                                        Tel: (267) 587-6240
                                        Fax: (215) 689-0875
                                        max.morgan@theweitzfirm.com
                                        eric.weitz@theweitzfirm.com

                                        *Counsel for Plaintiff and*
                                        *the proposed classes*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 31, 2024, the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By: /s/ Chris R. Miltenberger
Chris R. Miltenberger