# UNITED STATES DISTRICT COURT

## Northern DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHERYLL CLEWETT**, *on behalf of herself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**1LIFE HEALTHCARE, INC. d/b/a ONE MEDICAL SENIORS**,<br><br>Defendant. | Case No. 23-cv-04419-RFL<br><br>**JOINT REPORT** |

Plaintiff Cheryll Clewett ("Plaintiff" or "Clewett") and Defendant 1Life Healthcare, Inc. d/b/a One Medical Seniors ("One Medical") (collectively, the "Parties") jointly submit this JOINT REPORT.

The Parties are continuing to negotiate the specific terms of the proposed written settlement agreement. The Parties hope to have the written agreement completed and signed within 14 days.

Accordingly, the Parties request that the Court take no action on the case and the Parties will file an updated Joint Status Report on or before July 29, 2024.


Dated: July 15, 2024                                /s/Chris R. Miltenberger
                                                               Counsel for Plaintiff

Dated: July 15, 2024                                /s/ Cody A. DeCamp
                                                               Counsel for Defendant